**Order entered July 3, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01665-CR
No. 05-13-01666-CR

**EDUARDO SALINAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## ORDER

The Court **REINSTATES** the appeals.

On March 4, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We did not receive the trial court's findings, but on June 24, 2014, court reporter Janice Garrett tendered the record with an extension request. The extension request was granted, but the appeals were not reinstated. Accordingly, the Court confirms that the reporter's record is properly filed as of June 26, 2014.

/s/    DAVID EVANS
        JUSTICE